THIS OPINION HAS NO PRECEDENTIAL VALUE.  
 IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS 
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Daniel Eugene Sherman,       
Appellant.
 
 
 

Appeal From Anderson County
J. C. Buddy Nicholson, Jr., Circuit 
 Court Judge

Unpublished Opinion No. 2004-UP-259
Submitted February 20, 2004  Filed 
 April 19, 2004  

APPEAL DISMISSED

 
 
 
Ronnie M. Cole, of Anderson, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 of Columbia; and Solicitor Druanne Dykes White, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Daniel Sherman was convicted 
 of murder, criminal conspiracy, and possession of a firearm during the commission 
 of a violent crime.  Sherman appeals, arguing the trial court erred by admitting 
 the written and oral statements he made to the police after he had requested 
 an attorney.  On appeal, counsel for Sherman has filed a brief pursuant to Anders 
 v. California, 386 U.S. 738 (1967), asserting that there were no meritorious 
 grounds for appeal and requesting permission to withdraw from further representation.  
 Sherman has not filed a pro se response.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.